Samuel H. Ruby, SBN 191091
E-mail:samuel.ruby@bullivant.com
Matthew A. Trejo, SBN 320464
E-mail: matthew.trejo@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendants
Liberty Mutual Insurance and Peerless
Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAVID JESSEN and GRETCHEN JESSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE, a business entity; PEERLESS INSURANCE COMPANY, a business entity; UNITED VALLEY INSURANCE SERVICES, INC., a corporation; LEAVITT GROUP, a business entity and LEAVITT UNITED INSURANCE SERVICES, INC., directly, and dba CUTLER-SEGERSTROM INSURANCE AGENCY; CUNNINGHAM LINDSEY, a business entity, and DOES 1 through 50,<br><br>Defendants. | Case No.: 1:19-cv-00415-DAD-BAM<br><br>**STIPULATION AND ORDER VACATING CURRENT CASE DEADLINES AND HEARING DATES AND RE-SETTING NEW CASE DEADLINES AND HEARING DATES** |

Defendants, Liberty Mutual Insurance and Peerless Insurance Company, and plaintiffs, David Jessen and Gretchen Jessen, stipulate and respectfully request as follows:

1. On February 4, 2020, this Court issued a Standing Order in Light of Ongoing Judicial Emergency in the Eastern District of California. The Order stated that, given the ongoing judicial emergency, it is unlikely that civil cases set for trial in 2020 and 2021 will be able to proceed to trial on the currently scheduled date.

///

4842-5679-7625.1 – 1 –

STIPULATION AND [PROPOSED] ORDER VACATING CURRENT CASE DEADLINES AND HEARING DATES AND RE-SETTING NEW CASE DEADLINES AND HEARING DATES

2. In addition, the COVID-19 outbreak has only magnified this problem and has affected the parties' ability to complete discovery. COVID-19 has been declared a global pandemic, national emergency and California has declared its own state of emergency. Various municipalities in California have shelter-in-place orders in effect until at least May 1, 2020.

3. The COVID-19 pandemic has affected the ability of the parties to complete in-person discovery, which inherently impacts the parties' ability to conduct meaningful settlement discussions and/or prepare for dispositive motions and trial.

4. The parties have considered using virtual alternatives to in-person depositions, but do not believe they will be suitable in all instances.

5. The parties are uncertain when the current state of emergency in California will terminate such that the parties may resume in-person litigation activities.

6. Pursuant to the good cause described above, the parties respectfully request the Court freeze the scheduling status quo as it was as of the date this stipulation was filed, vacate the current deadlines and hearings below and re-set the deadlines and hearings to the parties' "Proposed New Date."

| Deadline/Hearing | Current Date | Proposed New Date |
|---|---|---|
| Non-expert Discovery Cutoff | May 1, 2020 | November 2, 2020 |
| Expert Disclosure | July 15, 2020 | January 15, 2021 |
| Supplemental Expert Disclosure | August 31, 2020 | March 1, 2021 |
| Expert Discovery Cutoff | October 13, 2020 | April 13, 2021 |
| Pretrial Motion Filing Deadline | November 13, 2020 | May 13, 2021 |
| Pretrial Conf. | April 19, 2021 | October 19, 2021 |
| Jury Trial | June 22, 2021 | February 22, 2022 |

///

///

| | | |
|---|---|---|
| DATED: April 3, 2020 | | GEORGESON LAW OFFICES |

By   */s/ Robert J. Willis*
      C. Russell Georgeson
      Robert J. Willis
      Attorneys for Plaintiffs DAVID JESSEN and GRETCHEN JESSEN

DATED: April 3, 2020                     BULLIVANT HOUSER BAILEY PC

By   */s/ Matthew A. Trejo*
      Samuel H. Ruby
      Matthew A. Trejo
      Attorney for Defendants LIBERTY MUTUAL INSURANCE COMPANY and PEERLESS INSURANCE COMPANY

4842-5679-7625.1      – 3 –

STIPULATION AND [PROPOSED] ORDER VACATING CURRENT CASE DEADLINES AND HEARING DATES AND RE-SETTING NEW CASE DEADLINES AND HEARING DATES

# ORDER

Good cause appearing, and the parties having stipulated,

IT IS HEREBY ORDERED:

1. The following deadlines and hearings are hereby vacated:

| Deadline/Hearing | Date |
|---|---|
| Non-expert Discovery Cutoff | May 1, 2020 |
| Expert Disclosure | July 15, 2020 |
| Supplemental Expert Disclosure | August 31, 2020 |
| Expert Discovery Cutoff | October 13, 2020 |
| Pretrial Motion Filing Deadline | November 13, 2020 |
| Pretrial Conf. | April 19, 2021 |
| Jury Trial | June 22, 2021 |

2. The above deadlines and hearings are re-set as follows:

| Deadline/Hearing | Date |
|---|---|
| Non-expert Discovery Cutoff | November 2, 2020 |
| Expert Disclosure | January 15, 2021 |
| Supplemental Expert Disclosure | March 1, 2021 |
| Expert Discovery Cutoff | April 13, 2021 |
| Pretrial Motion Filing Deadline | May 13, 2021 |
| Pretrial Conf. | October 19, 2021<br>3:30 PM<br>Courtroom 5 (DAD) |
| Jury Trial | February 22, 2022<br>8:30 AM<br>Courtroom 5 (DAD) |

The parties are cautioned that further modifications of the Scheduling Order will not be granted absent a demonstrated showing of good cause. Fed. R. Civ. P. 16(b). Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic. Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated: **April 6, 2020**         /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE