Samuel H. Ruby, SBN 191091
E-mail:samuel.ruby@bullivant.com
Matthew A. Trejo, SBN 320464
E-mail: matthew.trejo@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Defendants
Liberty Mutual Insurance and Peerless
Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DAVID JESSEN and GRETCHEN JESSEN,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE, a business entity; PEERLESS INSURANCE COMPANY, a business entity; UNITED VALLEY INSURANCE SERVICES, INC., a corporation; LEAVITT GROUP, a business entity and LEAVITT UNITED INSURANCE SERVICES, INC., directly, and dba CUTLER-SEGERSTROM INSURANCE AGENCY; CUNNINGHAM LINDSEY, a business entity, and DOES 1 through 50,<br><br>Defendants. | Case No.: 1:19-cv-00415-DAD-BAM<br><br>**STIPULATION AND ORDER EXTENDING NON-EXPERT AND EXPERT DISCOVERY DEADLINES AND PRE-TRIAL MOTION FILING DEADLINE** |

Defendants, Liberty Mutual Insurance and Peerless Insurance Company, and plaintiffs, David Jessen and Gretchen Jessen, stipulate and respectfully request as follows:

1.      On April 3, 2020, the parties submitted a stipulation and proposed order requesting that all deadlines and hearings in the court's Scheduling Order be vacated and re-set in light of the judicial emergency declared in the Eastern District and the delays caused by the COVID-19 pandemic. ECF. No. 26. On April 6, 2020, this court granted the parties' request. ECF No. 27.

2.      Since then, the parties have engaged in written discovery, exchanged over 3,000 documents collectively and conducted third-party discovery. However, the COVID-19 pandemic continues to affect the ability of the parties to complete in-person discovery such as depositions and a site inspection, which significantly affects the parties' ability to prepare for the case trial. The parties have considered using virtual alternatives, but do not believe they will be suitable in all instances. Until an effective COVID-19 vaccine is widely available to the public, the parties are uncertain when they will be able to safely re-commence in-person litigation activities.

3.      Although the parties are prevented from completing the in-person discovery necessary for the preparation of trial, the written discovery and documents produced thus far have given the parties a foundation to begin preparing for mediation. Therefore, the parties respectfully request a ninety-day (90) continuance of the non-expert and expert discovery deadlines and the pretrial motion filing deadline in this case so they can facilitate mediation. A continuance will allow the parties to mediate without having to complete the discovery that would be necessary to prepare for trial, such as depositions and expert discovery, but is not critical to mediation.

4.      The requested extension also would not affect the overall scheduling of the case, because the pre-trial conference and trial date would remain the same.

///

///

///

///

///

///

///

///

///

///

STIPULATION AND ORDER EXTENDING NON-EXPERT AND EXPERT DISCOVERY DEADLINES AND
PRE-TRIAL MOTION FILING DEADLINE

5.    Pursuant to the good cause described above, the parties respectfully request the Court vacate the current deadlines below and re-set the deadlines to the parties' "Proposed New Date":

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Non-expert Discovery Cutoff | November 2, 2020 | January 31, 2021 |
| Expert Disclosure | January 15, 2021 | April 15, 2021 |
| Supplemental Expert Disclosure | March 1, 2021 | May 30, 2021 |
| Expert Discovery Cutoff | April 13, 2021 | July 12, 2021 |
| Pre-Trial Motion Filing Deadline | May 13, 2021 | August 11, 2021 |

DATED: September 23, 2020                    GEORGESON LAW OFFICES

By */s/ Robert J. Willis*
    C. Russell Georgeson
    Robert J. Willis

Attorneys for Plaintiffs DAVID JESSEN and GRETCHEN JESSEN

DATED:  September 23, 2020                    BULLIVANT HOUSER BAILEY PC

By  */s/ Matthew A. Trejo*
    Samuel H. Ruby
    Matthew A. Trejo

Attorneys for Defendants Liberty Mutual Insurance and Peerless Insurance Company

STIPULATION AND ORDER EXTENDING NON-EXPERT AND EXPERT DISCOVERY DEADLINES AND PRE-TRIAL MOTION FILING DEADLINE

**ORDER**

Settlement discussions, in and of themselves, are not good cause to modify a scheduling order. *See* Fed. R. Civ. P. 16(b); *Gerawan Farming, Inc. v. Rehrig Pacific Co.,* 2013 WL 645741, at *5 (E.D. Cal. Feb. 21, 2013.) However, in light of the delays caused by the COVID-19 pandemic, the Court finds good cause to grant the parties' request. To accommodate the Court's calendar as well as the availability of judges to decide this case, and in light of the Standing Order issued by District Judge Dale A. Drozd (Doc. No. 25), IT IS HEREBY ORDERED that the Scheduling Order (Doc. No. 23) is modified as follows:

| | |
|---|---|
| Expert Disclosure: | April 15, 2021 |
| Supplemental Expert Disclosure: | May 30, 2021 |
| Non-Expert Discovery Deadline: | January 31, 2021 |
| Expert Discovery Deadline: | July 12, 2021 |
| Dispositive Motion Filing Deadline: | August 11, 2021 |
| **Pretrial Conf:** | **February 7, 2022** <br> **1:30 PM** <br> **Dept 5 (DAD)** |
| **Jury Trial:** <br> **(7 days est.)** | **April 5, 2022** <br> **1:00 PM** <br> **Dept 4 (NONE)** |

All other deadlines set forth in the Scheduling Order remain unchanged.  The Court notes that this is the parties' second request to modify the Scheduling Order. (*See* Doc. No. 27.) The parties are cautioned that further modifications of the Scheduling Order will not be granted absent a demonstrated showing of good cause, which will be strictly construed.  Fed. R. Civ. P. 16(b).  Good cause may consist of the inability to comply with court orders in light of the COVID-19 pandemic.  Any such future difficulties should be explained.

IT IS SO ORDERED.

Dated:   __September 24, 2020__          __/s/ Barbara A. McAuliffe__
                                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING NON-EXPERT AND EXPERT DISCOVERY DEADLINES AND
PRE-TRIAL MOTION FILING DEADLINE